## COMMONWEALTH *vs.* WILLIAM L. DEAN.

Sales of unfermented cider may be indicted and punished as sales of "intoxicating liquor," under the *St.* of 1855, *c.* 215.

INDICTMENT for being a common seller of intoxicating liquor Trial in the court of common pleas in Plymouth at April term 1859, before *Bishop*, J., who signed this bill of exceptions:

" The evidence tended to show that the liquor sold was new, unfermented cider. The defendant asked the court to instruct the jury that the sale of this liquor was not prohibited by law. The court refused to give such instruction.

" The defendant also moved in arrest of judgment, because the indictment did not specify cider as the kind of intoxicating liquor sold. This motion was overruled by the court. To which several rulings the defendant, being convicted, excepts."

The case was submitted without argument.

SHAW, C. J. Both of these exceptions may be resolved into one. The defendant, in asking the court to rule that the sale of unfermented cider was not prohibited by the statute, asked for a construction against its express terms. The statute makes no such distinction, but declares that " ale," &c. " cider and all wines shall be considered intoxicating liquors, within the meaning of this act;" *St.* 1855, *c.* 215, § 1; that is, for all the purposes of the act. An averment, therefore, of the sale of intoxicating liquor is sustained by proof of the sale of unfermented cider. *Exceptions overruled.*